**Order entered October 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01206-CR

**JOSEPH NEWMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F18-30564-L**

## ORDER

Before the Court are appellant's October 12, 2018 pro se motions to withdraw his guilty plea and for "free process" to proceed as an indigent on appeal. The Court has not received any documentation from the trial court regarding appellant's status as an indigent or whether he is entitled to be represented by counsel.

Accordingly, we **ORDER** the trial court to determine whether appellant is indigent and, if so, whether he desires appellate counsel. The trial court is directed to conduct such inquiries and to enter such orders necessary to address the matters of appellant's indigence and right to representation. If the trial court determines appellant is indigent and desires appellate counsel, the trial court shall appoint him counsel. The trial court shall prepare findings on these matters.

The trial court is **ORDERED** to file a clerk's record within **THIRTY DAYS** of the date of this order containing (1) its findings on the matter of appellant's indigence and whether appellant is entitled to appellate counsel; (2) the name and address of any counsel the trial court appoints to represent appellant; and (3) a certification of appellant's right to appeal.

The Court will defer ruling on appellant's motions until after it receives the findings from the trial court.

We **ABATE** the appeal to allow the trial court to comply with the above order. The appeal shall be reinstated when the findings are received or at such other time as the Court deems appropriate.

/s/    LANA MYERS
JUSTICE